United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Dawn Michele Mead  
    Debtor(s)

Case No. 19-00927-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 07, 2021      Form ID: ordsmiss      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Michele Mead, 621 1st Street, Richmondale, PA 18421-9610 |
| 5169766 | + | Carlotta Credit Co., 1146 Wyoming Ave, Scranton PA 18509-2715 |
| 5169768 | + | Cenlar FSB, P.O. Box 77423, Ewing, NJ 08628-7423 |
| 5194668 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5169771 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5169773 | + | Fresh Start, 6250 Ridgewood Road, St. Cloud MN 56303-0820 |
| 5169775 | | Geisinger, PO Box 27727, Newark NJ 07101-7727 |
| 5169774 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5169777 | + | Jordan Mead, 621 1st Street, Richmondale PA 18421-9610 |
| 5200160 | | LAKEVIEW LOAN SERVICING, LLC, M&T BANK, P.O. BOX 840, BUFFALO NY 14240-0840 |
| 5169781 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Boulevard Suite 1400, One Penn Center Plaza, Philadelphia PA 19103 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 08 2021 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5169763 | + | EDI: CINGMIDLAND.COM | Jan 08 2021 00:03:00 | AT&T Mobility II, LLC, c/o AT&T Services, Inc., Karen Cavagnaro - lead paralegal, One AT&T Way, Rm.3A104, Bedminster NJ 07921-2693 |
| 5169762 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Amazon/Synchrony Bank, PO Box 965060, Orlando FL 32896-5060 |
| 5169764 | + | EDI: CITICORP.COM | Jan 08 2021 00:03:00 | Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5169765 | + | EDI: CAPITALONE.COM | Jan 08 2021 00:03:00 | Capital One Best Buy, PO Box 30253, Salt Lake City UT 84130-0253 |
| 5169767 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2021 19:12:00 | Cavalry Portfolio Svcs, 500 Summit Lake Dr, Ste 4A, Vallhalla, NY 10595-2323 |
| 5170781 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2021 19:12:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5169770 | | EDI: WFNNB.COM | Jan 08 2021 00:03:00 | Comenity Bank, PO Box 182125, Columbus OH 43218-2125 |
| 5169772 | | EDI: BLUESTEM | Jan 08 2021 00:03:00 | Fingerhut, PO Box 1250, St. Cloud MN 56395-1250 |
| 5169776 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jan 07 2021 19:13:00 | JH Portfolio Debt Equit., 5757 Phantom Drive, Suite 225, Hazelwood MO 63042-2429 |
| 5169769 | | EDI: JPMORGANCHASE | Jan 08 2021 00:03:00 | Chase, PO Box 15298, Wilmington DE 19850 |
| 5169778 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 19:11:13 | LVNV Funding, PO Box 10497, Greenville SC 29603-0497 |
| 5172164 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 07 2021 19:10:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5175230 | + | EDI: NFCU.COM | Jan 08 2021 00:03:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5169779 | | EDI: NFCU.COM | Jan 08 2021 00:03:00 | Navy Federal Credit Union, PO Box 3700, Merrifield VA 22119-3700 |
| 5169780 | + | EDI: AGFINANCE.COM | Jan 08 2021 00:03:00 | One Main Financial, PO Box 6042, Sioux Falls SD 57117-6042 |
| 5169782 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5198664 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5180087 | | EDI: Q3G.COM | Jan 08 2021 00:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5171040 | | EDI: Q3G.COM | Jan 08 2021 00:03:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5169783 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 07 2021 19:13:00 | Receivables Performance, 20816 44th Ave. West Suite 140, Lynwood, WA 98036-7744 |
| 5169784 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | SYNCB/QCard, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5170422 | + | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5169785 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5169786 | | EDI: RMSC.COM | Jan 08 2021 00:03:00 | Synchrony Bank Care Credit, PO Box 965061, Orlando FL 32896-5060 |
| 5169787 | + | EDI: BLUESTEM | Jan 08 2021 00:03:00 | Webbank Fresh Start, 6250 Ridgewod Road, Saint Cloud MN 56303-0820 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5267666 | * | LAKEVIEW LOAN SERVICING, LLC, M&T BANK, P.O. BOX 840, BUFFALO, NY, 14240-0840 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021　　　　　　　　　　Signature:　　　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| J. Zac Christman | on behalf of Debtor 1 Dawn Michele Mead zac@fisherchristman.com office@fisherchristman.com |
| Jerome B Blank | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com |
| John Fisher | on behalf of Debtor 1 Dawn Michele Mead johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario John Hanyon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Dawn Michele Mead,          Chapter     13

**Debtor 1**

Case No.     5:19−bk−00927−RNO

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 7, 2021          By the Court,

*[Signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)